# EXHIBIT 2

## LEASE ASSIGNMENT AND ASSUMPTION AGREEMENT
(6800 Johnson Drive, Mission, KS - Store No. 51010)

**THIS LEASE ASSIGNMENT AND ASSUMPTION AGREEMENT** (this *"Agreement"*) is made by and among **APPLEBEE'S RESTAURANTS KANSAS LLC**, a Kansas limited liability company, **APPLEBEE'S RESTAURANTS MID-ATLANTIC LLC**, a Delaware limited liability company, **APPLEBEE'S RESTAURANTS NORTH LLC**, a Delaware limited liability company, **APPLEBEE'S RESTAURANTS TEXAS LLC**, a Texas limited liability company, and **APPLEBEE'S RESTAURANTS WEST LLC**, a Delaware limited liability company (collectively, *"Assignor"*), and **APPLE CENTRAL KC, LLC**, a Kansas limited liability company (*"Assignee"*) as of this 23rd day of July, 2015, with an "Effective Date" as set forth below.

## W I T N E S S E T H:

**WHEREAS**, Assignor is the tenant under those certain lease agreements described on Schedule I attached hereto and incorporated by reference herein (collectively, as amended, modified and/or assigned from time to time, the *"Lease"*) regarding the premises identified on Schedule I (the *"Premises"*); and

**WHEREAS**, Assignor desires to assign its interest in the Lease to Assignee, and Assignee desires to accept such assignment and to assume and agree to perform and fulfill all of the terms, obligations and conditions imposed on Assignor by the Lease, subject to the terms hereof.

**NOW, THEREFORE**, in consideration of the mutual promises hereinafter contained and for other good and valuable consideration, receipt of which is hereby acknowledged, the parties agree as follows:

1. <u>Assignment and Term</u>. Assignor hereby assigns, transfers and conveys to Assignee all of Assignor's rights, title, and interest in and to the Lease and the Premises as of the Effective Date (defined below), for the balance of the respective term (including any extensions and renewals thereof) of the Lease, including but not limited to all rights related to options to purchase and options to terminate, renew or extend the term.

2. <u>Possession and Effective Date</u>. Assignee shall take possession of the Premises and this Agreement shall be and become effective as of July 23, 2015 (the *"Effective Date"*).

3. <u>Assumption; Use of the Premises</u>. Assignee hereby accepts said assignment, transfer and conveyance and assumes all obligations of Assignor under the Lease arising on or after the Effective Date of this Agreement, including but not limited to payment of all rent and other sums due by Assignor under the Lease and performance of all obligations, duties and responsibilities of Assignor under the Lease. Assignee hereby covenants and agrees for the benefit of Assignor and the landlord under the Lease that Assignee will keep, perform and be bound by all of the terms, covenants and conditions required to be performed by Assignor under the Lease from and after the Effective Date. Assignee agrees that it will use the Premises for a "Permitted Use" under the terms of the Lease. Assignor and Assignee acknowledge and

1

agree to their respective indemnification obligations set forth in Article VI of that certain Asset Purchase Agreement between Assignor, Assignee and certain other parties dated April 20, 2015.

4. <u>Notices</u>. Assignee covenants and agrees to notify the landlord that the tenant's notice address under the lease shall include a duplicate copy to Assignor unless and until the Assignor has been released from liability under such Lease. All notices to either party shall be deemed given when sent by hand delivery, certified mail (return receipt requested), or overnight delivery service, confirmed, to the appropriate party at the addresses set forth below, or to such other address as may be designated in writing, from time to time, by the party.

5. <u>Governing Law</u>. As to the Lease set forth on Schedule I, this Agreement shall be governed by and construed in accordance with the laws of the State which is the applicable governing law pursuant to the terms of such Lease, without giving any effect to choice of law rules thereof.

6. <u>Binding on Successors and Assigns</u>. This Agreement shall be binding upon, and shall inure to the benefit of, the respective successors and assigns of the parties hereto, subject to all restrictions contained in the Lease with respect to assignment, subletting or other transfer.

7. <u>Entire Agreement; No Amendments</u>. The agreements contained herein constitute the entire understanding between the parties with respect to the subject matter hereof. No amendment or modification of this Agreement will be effective unless in writing, executed by all of the parties hereto.

8. <u>Counterparts</u>. This Agreement may be executed in any number of counterparts, each of which when so executed and delivered shall be deemed to be an original and all of which counterparts taken together shall constitute but one and the same instrument.

*[Signatures on Following Pages]*

925472v1

**IN WITNESS WHEREOF**, the parties have executed this Agreement as of the date first above written, effective as of the Effective Date.

**ASSIGNOR:**

Address for Notices to Assignor:

450 N. Brand Blvd, 7th Floor
Glendale, California  91203
Tel: (818) 637-3647
Fax: (818) 637-5362
E-mail:
Nedra.Austin@DineEquity.com
Attn:  Real Estate Counsel

**APPLEBEE'S RESTAURANTS KANSAS LLC**, a Kansas limited liability company

**APPLEBEE'S RESTAURANTS MID-ATLANTIC LLC**, a Delaware limited liability company

**APPLEBEE'S RESTAURANTS NORTH LLC**, a Delaware limited liability company

**APPLEBEE'S RESTAURANTS TEXAS LLC**, a Texas limited liability company

**APPLEBEE'S RESTAURANTS WEST LLC**, a Delaware limited liability company

By:  Applebee's Services, Inc., their authorized agent

By: _____
Name:  Steven R. Layt
Title:    President

3

925472v1

Address for Notices to Assignee:

9 Greenwich Office Park, 2nd Floor
Greenwich, CT 06831
Tel: (203) 992-1717
Fax: (203)661-9462
Email: bgeorgas@afcbrands.com
tganshaw@afcbrands.com
Attn: Mr. William J. Georgas and
Mr. Trevor Ganshaw

**ASSIGNEE:**

**APPLE CENTRAL KC, LLC**

By: American Franchise Capital III, LLC,
its Sole Member

By: _____
Name: William J. Georgas
Title: Manager

By: _____
Name: Trevor Ganshaw
Title: Manager

4

925472v1

## SCHEDULE I

### Lease and Premises

**Lease:**

1.  Land and Building Lease dated April 1, 2010 between Abees, LLC, a Kansas limited liability company as Landlord and Applebee's Restaurants Kansas LLC, a Kansas limited liability company, Applebee's Restaurants Mid-Atlantic LLC, a Delaware limited liability company, Applebee's Restaurants North LLC, a Delaware limited liability company, Applebee's Restaurants Texas LLC, a Texas limited liability company, and Applebee's Restaurants West LLC, a Delaware limited liability company, collectively as Tenant.

2.  Guaranty dated April 1, 2010 by and between Applebee's Enterprises, LLC, a Delaware limited liability company, Applebee's Franchising, LLC, a Delaware limited liability company, Applebee's IP LLC, a Delaware limited liability company and Applebee's Holdings, LLC, a Delaware limited liability company, collectively as Guarantor and Abees, LLC, a Kansas limited liability company as Landlord.

3.  Memorandum of Lease dated April 1, 2010 by and between Abees, LLC, a Kansas limited liability company as Landlord and Applebee's Restaurants Kansas LLC, a Kansas limited liability company, Applebee's Restaurants Mid-Atlantic LLC, a Delaware limited liability company, Applebee's Restaurants North LLC, a Delaware limited liability company, Applebee's Restaurants Texas LLC, a Texas limited liability company, and Applebee's Restaurants West LLC, a Delaware limited liability company, collectively as Tenant recorded with the Johnson County, Kansas Register of Deeds on April 27, 2010 in Book 201004, Page 007135.

**Premises:**   6800 Johnson Drive
Mission, KS
Store No. 51010

**Legal Description**:   See Schedule II attached hereto

## SCHEDULE II

### Legal Description

TRACT 1:

The leasehold estate created by that certain Lease Agreement, by and between Abees, LLC, a Kansas limited liability company, as Landlord and Applebee's Restaurants Kansas LLC, a Kansas limited liability company, Applebee's Restaurants Mid-Atlantic LLC, a Delaware limited liability company, Applebee's Restaurants North LLC, a Delaware limited liability company, Applebee's Restaurants Texas LLC, a Texas limited liability company and Applebee's Restaurants West LLC, a Delaware limited liability company, as Tenant, notice of which is given by instrument filed April 27, 2010 in Book 201004, Page 007135, demising and leasing the property for a term as set forth in said Lease Agreement, the following described premises, to-wit:

Lot 4, Broadmoor Square, a Subdivision in the City of Mission, Johnson County, Kansas.

TRACT 2:

Cross Easement for ingress, egress and parking over and across Lots 1, 2, 3 and 4 of Broadmoor Square, filed Book 5254 at Page 734.

TRACT 3:

Non-exclusive easement as provided in Parking Easement Agreement filed in Volume 5291, Page 665.

925472v1