# EXHIBIT 3

# LEASE ASSIGNMENT AND ASSUMPTION AGREEMENT
(2912 S. Fourth Street, Leavenworth, KS - Store No. 51007)

THIS **LEASE ASSIGNMENT AND ASSUMPTION AGREEMENT** (this *"Agreement"*) is made by and among **APPLEBEE'S RESTAURANTS KANSAS LLC**, a Kansas limited liability company (*"Assignor"*), and **APPLE CENTRAL KC, LLC**, a Kansas limited liability company (*"Assignee"*), as of this 23rd day of July, 2015, with an "Effective Date" as set forth below.

## W I T N E S S E T H:

**WHEREAS**, Assignor is the tenant under those certain lease agreements described on Schedule I attached hereto and incorporated by reference herein (collectively, as amended, modified and/or assigned from time to time, the *"Lease"*) regarding the premises identified on Schedule I (the *"Premises"*); and

**WHEREAS**, Assignor desires to assign its interest in the Lease to Assignee, and Assignee desires to accept such assignment and to assume and agree to perform and fulfill all of the terms, obligations and conditions imposed on Assignor by the Lease, subject to the terms hereof.

**NOW, THEREFORE**, in consideration of the mutual promises hereinafter contained and for other good and valuable consideration, receipt of which is hereby acknowledged, the parties agree as follows:

1. Assignment and Term. Assignor hereby assigns, transfers and conveys to Assignee all of Assignor's rights, title, and interest in and to the Lease and the Premises as of the Effective Date (defined below), for the balance of the respective term (including any extensions and renewals thereof) of the Lease, including but not limited to all rights related to options to purchase and options to terminate, renew or extend the term.

2. Possession and Effective Date. Assignee shall take possession of the Premises and this Agreement shall be and become effective as of July 23, 2015 (the *"Effective Date"*).

3. Assumption. Assignee hereby accepts said assignment, transfer and conveyance and assumes all obligations of Assignor under the Lease arising on or after the Effective Date of this Agreement, including but not limited to payment of all rent and other sums due by Assignor under the Lease and performance of all obligations, duties and responsibilities of Assignor under the Lease. Assignee hereby covenants and agrees for the benefit of Assignor and the landlord under the Lease that Assignee will keep, perform and be bound by all of the terms, covenants and conditions required to be performed by Assignor under the Lease from and after the Effective Date. Assignor and Assignee acknowledge and agree to their respective indemnification obligations set forth in Article VI of that certain Asset Purchase Agreement between Assignor, Assignee and certain other parties dated April 20, 2015.

925488v1

4. <u>Notices</u>. Assignee covenants and agrees to notify the landlord that the tenant's notice address under the lease shall include a duplicate copy to Assignor unless and until the Assignor has been released from liability under such Lease. All notices to either party shall be deemed given when sent by hand delivery, certified mail (return receipt requested), or overnight delivery service, confirmed, to the appropriate party at the addresses set forth below, or to such other address as may be designated in writing, from time to time, by the party.

5. <u>Governing Law</u>. As to the Lease set forth on Schedule I, this Agreement shall be governed by and construed in accordance with the laws of the State which is the applicable governing law pursuant to the terms of such Lease, without giving any effect to choice of law rules thereof.

6. <u>Binding on Successors and Assigns</u>. This Agreement shall be binding upon, and shall inure to the benefit of, the respective successors and assigns of the parties hereto, subject to all restrictions contained in the Lease with respect to assignment, subletting or other transfer.

7. <u>Entire Agreement; No Amendments</u>. The agreements contained herein constitute the entire understanding between the parties with respect to the subject matter hereof. No amendment or modification of this Agreement will be effective unless in writing, executed by all of the parties hereto.

8. <u>Counterparts</u>. This Agreement may be executed in any number of counterparts, each of which when so executed and delivered shall be deemed to be an original and all of which counterparts taken together shall constitute but one and the same instrument.

*[Signatures on Following Page]*

925488v1

**IN WITNESS WHEREOF**, the parties have executed this Agreement as of the date first above written, effective as of the Effective Date.

ASSIGNOR:

Address for Notices to Assignor:

450 N. Brand Blvd, 7th Floor
Glendale, California 91203
Tel: (818) 637-3647
Fax: (818) 637-5362
E-mail:
Nedra.Austin@DineEquity.com
Attn: Real Estate Counsel

**APPLEBEE'S RESTAURANTS KANSAS LLC**, a Kansas limited liability company

By: Applebee's Services, Inc., its authorized agent

By: _____
Name: Steven R. Layt
Title: President

ASSIGNEE:

Address for Notices to Assignee:

9 Greenwich Office Park, 2nd Floor
Greenwich, CT 06831
Tel:    (203) 992-1717
Fax:    (203)661-9462
Email: bgeorgas@afcbrands.com
          tganshaw@afcbrands.com
Attn:   Mr. William J. Georgas and
          Mr. Trevor Ganshaw

**APPLE CENTRAL KC, LLC**

By: American Franchise Capital III, LLC,
     its Sole Member


By: _____
Name: William J. Georgas
Title: Manager


By: _____
Name: Trevor Ganshaw
Title: Manager

3

925488v1

**IN WITNESS WHEREOF**, the parties have executed this Agreement as of the date first above written, effective as of the Effective Date.

ASSIGNOR:

Address for Notices to Assignor:

450 N. Brand Blvd, 7th Floor
Glendale, California 91203
Tel: (818) 637-3647
Fax: (818) 637-5362
E-mail:
Nedra.Austin@DineEquity.com
Attn: Real Estate Counsel

**APPLEBEE'S RESTAURANTS KANSAS LLC**, a Kansas limited liability company

By: Applebee's Services, Inc., its authorized agent

By:_____
Name: Steven R. Layt
Title: President

ASSIGNEE:

Address for Notices to Assignee:

9 Greenwich Office Park, 2nd Floor
Greenwich, CT 06831
Tel: (203) 992-1717
Fax: (203) 661-9462
Email: bgeorgas@afcbrands.com
       tganshaw@afcbrands.com
Attn: Mr. William J. Georgas and
      Mr. Trevor Ganshaw

**APPLE CENTRAL KC, LLC**

By: American Franchise Capital III, LLC,
    its Sole Member

By: /s/ William J. Georgas
Name: William J. Georgas
Title: Manager

By: /s/ Trevor Ganshaw
Name: Trevor Ganshaw
Title: Manager

3

925488v1

## SCHEDULE I

## Lease and Premises

**Lease:**

1. Ground Lease Agreement dated March 11, 1996 by and between Mr. Phil Brokenicky and M.B.I., Inc., a Kansas corporation, collectively as Landlord/Lessor and Gourmet Systems of Kansas, Inc., a Kansas corporation as Tenant/Lessee.

2. First Lease Modification Agreement dated July 24, 1996 by and between Phil Brokenicky and M.B.I., Inc., collectively as Landlord and Gourmet Systems of Kansas, Inc. as Tenant.

3. Memorandum of Lease dated November 5, 1996 by and between Phil Brokenicky, an individual and M.B.I., Inc., a Kansas corporation, collectively as the Lessor and Gourmet Systems of Kansas, Inc., a Kansas corporation as Lessee recorded in the Leavenworth County, Kansas Register of Deeds on April 25, 1997 in Book 733, Page 249.

4. Assignment and Assumption Agreement dated November 29, 2007 by and between Gourmet Systems of Kansas, Inc., a Kansas corporation as Assignor and Applebee's Restaurants Kansas LLC a Kansas limited liability company as Assignee.

5. Memorandum of Assignment of Lease (Kansas) dated November 20, 2007 by and between Gourmet Systems of Kansas, Inc., a Kansas corporation as Assignor and Applebee's Restaurants Kansas LLC, a Kansas limited liability company as Assignee, recorded in the Leavenworth County, Kansas Register of Deeds on May 16, 2008 as Document Number 2008R05003.

6. Second Modification to Lease and Amendment to Memorandum of Lease dated July 31, 2008 by and between MBI, Inc., a Kansas corporation, Mr. Philip M. Brokenicky, individually and as Trustee and his successors in Trust under the Philip M. Brokenicky Revocable Trust Indenture dated February 25, 2004 and Karen G. Brokenicky, as Trustee and her successors in Trust under the Karen G. Brokenicky Revocable Trust Indenture dated February 25, 2004, collectively as Landlord and Applebee's Restaurants Kansas, LLC, a Kansas limited liability company as Tenant recorded in the Leavenworth County, Kansas Register of Deeds on August 1, 2008 as Document Number 2008R07790.

7. Letter agreement dated October 18, 2010 by and between MBI, Inc., Philip M. Brokenicky, individually and as Trustee and his successors in Trust under the Philip M. Brokenicky Revocable Trust Indenture dated February 25, 2004 and Karen G. Brokenicky, as Trustee and her successors in Trust under the Karen G. Brokenicky Revocable Trust Indenture dated February 25, 2004, collectively as Owner and Applebee's Restaurants Kansas LLC as Tenant regarding consent to make alterations.

8.  Notice Letter dated January 27, 2011 from Applebee's Restaurants Kansas Inc. as Tenant to Mr. Phil Brokenicky and M.B.I. Inc. as Landlord regarding option to extend lease for an additional 5 years.

**Premises:**    2912 S. Fourth Street
Leavenworth, KS
Store No. 51007

**Legal Description**:    See Schedule II attached hereto

## SCHEDULE II

### Legal Description

THE LEASEHOLD ESTATE AS CREATED BY A CERTAIN GROUND LEASE AGREEMENT DATED MARCH 11, 1996, AS AMENDED BY FIRST LEASE MODIFICATION AGREEMENT DATED JULY 24, 1996 BY AND BETWEEN PHIL BROKENICKY, AN INDIVIDUAL AND M.B.I., INC., A KANSAS CORPORATION, LESSOR AND GOURMET SYSTEMS OF KANSAS, INC, A KANSAS CORPORATION, LESSEE, AS EVIDENCED BY MEMORANDUM OF LEASE FILED APRIL 25, 1997, IN BOOK 733, PAGE 249. MEMORANDUM OF ASSIGNMENT OF LEASE BY AND BETWEEN GOURMET SYSTEMS OF KANSAS, INC., A KANSAS CORPORATION, ASSIGNOR, AND APPLEBEE'S RESTAURANTS KANSAS LLC, A KANSAS LIMITED LIABILITY COMPANY, ASSIGNEE, FILED MAY 16, 2008 AT DOCUMENT NO. 2008R05003, AS AMENDED BY SECOND MODIFICATION TO LEASE AND AMENDMENT TO MEMORANDUM OF LEASE DATED JULY 31, 2008, FILED AUGUST 1, 2008 AT DOCUMENT NO. 2008R07790, DEMISING AND LEASING THE FOLLOWING DESCRIBED PROPERTY:

LOT 4, "LIMIT STREET PLAZA", A SUBDIVISION IN THE CITY OF LEAVENWORTH, LEAVENWORTH COUNTY, KANSAS.

925488v1