EXHIBIT 6

SCANNED OCT 23 2024



October 17, 2024

**VIA FEDEX NEXT-DAY DELIVERY**
Applebee's Enterprises, LLC
c/o Applebee's Services, Inc.
11201 Renner Blvd
Lenexa, KS 66219
Attention: Asset Manager

**VIA FEDEX NEXT-DAY DELIVERY**
Applebee's Franchising, LLC
c/o Applebee's Services, Inc.
11201 Renner Blvd
Lenexa, KS 66219
Attention: Asset Manager

**VIA FEDEX NEXT-DAY DELIVERY**
Applebee's IP LLC
c/o Applebee's Services, Inc.
11201 Renner Blvd
Lenexa, KS 66219
Attention: Asset Manager

**VIA FEDEX NEXT-DAY DELIVERY**
Applebee's Holdings, LLC
c/o Applebee's Services, Inc.
11201 Renner Blvd
Lenexa, KS 66219
Attention: Asset Manager

**VIA FEDEX NEXT-DAY DELIVERY, EMAIL, AND FACSIMILE**
Applebee's Restaurants Kansas LLC
Attn: Real Estate Counsel
450 N. Brand Blvd, 7th Floor
Glendale, California 91203
Fax: (818) 637-5362
Email: nedra.austin@dineequity.com

**VIA FEDEX NEXT-DAY DELIVERY, EMAIL, AND FACSIMILE**
Applebee's Restaurants Mid-Atlantic LLC
Attn: Real Estate Counsel
450 N. Brand Blvd, 7th Floor
Glendale, California 91203
Fax: (818) 637-5362
Email: nedra.austin@dineequity.com

**VIA FEDEX NEXT-DAY DELIVERY, EMAIL, AND FACSIMILE**
Applebee's Restaurants North LLC
Attn: Real Estate Counsel
450 N. Brand Blvd, 7th Floor
Glendale, California 91203
Fax: (818) 637-5362
Email: nedra.austin@dineequity.com

9590-0001

<u>VIA FEDEX NEXT-DAY DELIVERY, EMAIL, AND</u>
<u>FACSIMILE</u>
Applebee's Restaurants Texas LLC
Attn: Real Estate Counsel
450 N. Brand Blvd, 7th Floor
Glendale, California 91203
Fax: (818) 637-5362
Email: nedra.austin@dineequity.com

<u>VIA FEDEX NEXT-DAY DELIVERY, EMAIL, AND</u>
<u>FACSIMILE</u>
Applebee's Restaurants West LLC
Attn: Real Estate Counsel
450 N. Brand Blvd, 7th Floor
Glendale, California 91203
Fax: (818) 637-5362
Email: nedra.austin@dineequity.com

RE:   **<u>NOTICE OF DEFAULT & CONTINUED LIABILITY</u>**
Seyfarth Realty Corp.
Property: 9330 East 350 Highway, Raytown, Missouri 64133
Our File No.: 9590-0001

To Whom It May Concern:

Please be advised that we represent Seyfarth Realty Corp., ("<u>Seyfarth</u>"), the owner and landlord of 9330 East 350 Highway, Raytown, Missouri 64133 (the "<u>Premises</u>) for which Apple Central KC, LLC (hereinafter referred to as "<u>Apple Central</u>") is the current tenant.

On November 1, 2010, Applebee's Restaurants Kansas LLC, Applebee's Restaurants Mid-Atlantic LLC, Applebee's Restaurants North LLC, Applebee's Restaurants Texas LLC, and Applebee's Restaurants West LLC (collectively referred to herein as "<u>Applebee's Entities</u>") entered into an 18-year lease agreement (hereinafter referred to as the "<u>Lease</u>"), pursuant to which the Applebee's Entities were to pay Seyfarth "<u>Rent</u>" as defined within the Lease, to use the Premises. As part of that Lease, Applebee's Enterprises, LLC, Applebee's Franchising, LLC, Applebee's IP, LLC, and Applebee's Holdings, LLC (collectively referred to herein as "<u>Guarantors</u>" and with the Applebee's Entities collectively referred to herein as "<u>You</u>" or "<u>Your</u>") guaranteed the Lease.

2

On July 23, 2015, Apple Central entered into a Lease Assignment and Assumption Agreement ("Assignment") with the Applebee's Entities for the Premises. Pursuant to Section 25.01 of the Lease, the Applebee's Entities could assign the Lease, provided certain requirements were met. However, Sections 25.01(e) and (g) state in relevant part:

> (e)...Upon an assignment by Tenant which is permitted hereunder, Tenant and Guarantor shall be released from all obligations (other than the covenants contained in Section 25.01(d)) accruing after the date of assignment **if Tenant certifies to Landlord in writing that (i) the assignee is a franchisee, and not an affiliate of Tenant or Guarantor, in good standing, at the time it enters into such assignment, of Applebee's or IHOP; (ii) the assignee is a franchisee with respect to at least eight (8) Applebee's or IHOP restaurants (giving effect to restaurants included under the assignment of this Lease; and (iii) the Demised Property satisfies the Assignee Coverage Hurdle**...after the fourth anniversary of the assignment of the Lease, Tenant and Guarantor shall not be release from liability with respect to this Lease if the certification required hereunder has not been received by Landlord on or before such date.

> \*\*\*

> (g)...Without limiting the generality of the foregoing, **Tenant expressly** acknowledges and agrees that in the event of any assignment of this Lease, **unless the certification in Section 25.01(e) is received by the Landlord, Tenant shall remain jointly and severally liable** with the assignee **for all of the obligations under this Lease**, and in all other cases of any transfer of Tenant's interest under this Lease, Tenant shall remain primarily liable for such obligations.

No written notice complying with the requirements of Section 25.01(e) has ever provided to Seyfarth, and more than four (4) years have passed since the Applebee's Entities' Assignment to Apple Central. Therefore, the Applebee's Entities and Guarantors are still jointly and severally liable under the Lease.

Additionally, at this time, Seyfarth is requesting the following financial information from the Applebee's Entities as set forth in Section 14.03 of the Lease:

(a) The audited statements of financial position of Apple Central as of the end of the 2023 calendar year, including a balance sheet and statement of profits and losses, expenses and retained earnings, changes in financial position and cash flows for 2023; and

3

(b) The total sales figures in respect of the Premises for the trailing twelve (12) month period compiled on a monthly basis.

Similarly, Seyfarth is requesting the following financial information from Guarantors pursuant to Section 5 of Exhibit F to the Lease: Guaranty Form:

(a) The audited statements of financial position of Applebee's Enterprises, LLC as of the end of the 2023 calendar year, including a balance sheet and statement of profits and losses, expenses and retained earnings, changes in financial position and cash flows for 2023;

(b) The quarterly statements for quarters 1 and 2 of 2024 of the financial position of Enterprises, including a balance sheet and statement of profits and losses, together and changes in net operating cash flow such open; and

(c) If the financial statements of Enterprises, as presented on a consolidating basis, do not incorporate the separate financial statements of each individual Guarantor, such individual Guarantor shall prepare and provide to Seyfarth all financial statements requested above, other than Applebee's Holdings, LLC, unless and until such time that separate financial statements are prepared for Applebee's Holdings, LLC.

Yours Truly,

Desarae G. Harrah

DGH:ls

4

9590-0001



October 17, 2024

**VIA FEDEX NEXT-DAY DELIVERY**

Apple Central KC, LLC
c/o Registered Agent: Jeffy City Filing, Inc.
222 E. Dunklin, Suite 102
Jefferson City, Missouri 65101

Apple Central KC, LLC
3379 Peachtree Road
Suite 30
Atlanta, Georgia 30326

Ivey, Barnum & O'Mara, LLC
Katharine Fatoullah
170 Mason St.
Greenwich, Connecticut 06830

**VIA FEDEX NEXT-DAY DELIVERY AND EMAIL**

Apple Central KC, LLC
Attn:   Mr. William J. Georgas
        Mr. Trevor Ganshaw
9 Greenwich Officer Park
2nd Floor
Greenwich, Connecticut 06831
beorgas@afcbrands.com
tganshaw@afcbrands.com

RE:   **NOTICE OF DEFAULT**
      Seyfarth Realty Corp.
      Property: 9330 East 350 Highway, Raytown, Missouri 64133
      Our File No.: 9590-0001

To Whom It May Concern:

Please be advised that our firm represents Seyfarth Realty Corp., ("Seyfarth"), the owner and landlord of 9330 East 350 Highway, Raytown, Missouri 64133 (the "Premises) for which Apple Central KC, LLC (hereinafter referred to as "Apple Central") is the current tenant.

On November 1, 2010, Applebee's Restaurants Kansas LLC, Applebee's Restaurants Mid-Atlantic LLC, Applebee's Restaurants North LLC, Applebee's Restaurants Texas LLC, and Applebee's Restaurants West LLC (collectively referred to herein as "Applebee's Entities") entered into an 18-year lease agreement (hereinafter referred to as the "Lease"), pursuant to which the Applebee's

1

Entities were to pay Seyfarth "Rent", as defined within the Lease, to use the Premises. As part of that Lease, Applebee's Enterprises, LLC, Applebee's Franchising, LLC, Applebee's IP, LLC, and Applebee's Holdings, LLC (collectively referred to herein as "Guarantors") guaranteed the Lease.

On July 23, 2015, Apple Central entered into a Lease Assignment and Assumption Agreement ("Assignment") with the Applebee's Entities for the Premises. Despite the Assignment, the Applebee's Entities and Guarantors did not provide written notice as set forth in Section 25.01(e), and therefore remain jointly and severally liable under the terms of the Lease.

Then on August 23, 2024, Apple Central sent a letter to Seyfarth, along with a partial rent payment, demanding to unilaterally change the terms of the Lease, specifically desiring to change the monthly amount of Rent to be paid, the duration of the Lease, and set forth Apple Central's anticipatory future breaches of the Lease. Apple Central's failure to pay the monthly Rent amount of $18,725.89 in full for the months of September and October of 2024, is a default pursuant to Section 16.01 of the Lease. As set forth in Section 16.01(a), Apple Central has five (5) business days to cure the default.

Please note that any deposit by Seyfarth of Apple Central's partial rent payments, shall not be construed as a waiver by Seyfarth of the actual amount due and owing under the terms of the Lease, nor is it to be construed as a waiver by Seyfarth of any of its rights and remedies under the Lease and/or Assignment. (See Article XVIII). Additionally, any depositing of Apple Central's partial rent payments shall not be considered to be an agreement or acquiescence to the terms set forth in Apple Central's August 23, 2024, Letter.

Please take notice that the terms of the Lease remain in full force and effect, and Apple Central's attempts to unilaterally modify the Lease terms constitutes a breach of the Lease pursuant to Article XXXIII which explicitly sets forth that the terms of the Lease cannot be modified absent a written agreement to said modification signed by both Parties. Seyfarth has not agreed to any of Apple Central's proposed modifications to the Lease, nor has Seyfarth signed any writing to that effect.

Additionally, pursuant to Section 14.03 of the Lease, please provide the following financial documents:

(a) The audited statements of financial position of Apple Central as of the end of the 2023 calendar year, including a balance sheet and statement of profits and losses, expenses and retained earnings, changes in financial position and cash flows for 2023; and

(b) The total sales figures in respect of the Premises for the trailing twelve (12) month period compiled on a monthly basis.

As set forth in the Lease, Apple Central has five (5) business days to cure the default by paying the outstanding base rent amount of $18,725.88 plus the Additional Rent to cover attorneys' fees and costs of $5,000, and $2,902.50 in interest on the outstanding amount and late fees, for a total of $26,628.38.

Should the default not be cured within the applicable timeframe and no response be provided, we will recommend our client proceed forward with all remedies available to it pursuant to the Lease, at law, and in equity.

Yours Truly,

Desarae G. Harrah

DGH:ls

CC:    Client (via email only)

**VIA FEDEX NEXT-DAY DELIVERY**
Applebee's Enterprises, LLC
c/o Applebee's Services, Inc.
11201 Renner Blvd
Lenexa, KS 66219
Attention: Asset Manager

**VIA FEDEX NEXT-DAY DELIVERY**
Applebee's Franchising, LLC
c/o Applebee's Services, Inc.
11201 Renner Blvd
Lenexa, KS 66219
Attention: Asset Manager

**VIA FEDEX NEXT-DAY DELIVERY**
Applebee's IP LLC
c/o Applebee's Services, Inc.
11201 Renner Blvd
Lenexa, KS 66219
Attention: Asset Manager

3

9590-0001

**VIA FEDEX NEXT-DAY DELIVERY**
Applebee's Holdings, LLC
c/o Applebee's Services, Inc.
11201 Renner Blvd
Lenexa, KS 66219
Attention: Asset Manager

**VIA FEDEX NEXT-DAY DELIVERY, EMAIL, AND FACSIMILE**
Applebee's Restaurants Kansas LLC
Attn: Real Estate Counsel
450 N. Brand Blvd, 7th Floor
Glendale, California 91203
Fax: (818) 637-5362
Email: nedra.austin@dineequity.com

**VIA FEDEX NEXT-DAY DELIVERY, EMAIL, AND FACSIMILE**
Applebee's Restaurants Mid-Atlantic LLC
Attn: Real Estate Counsel
450 N. Brand Blvd, 7th Floor
Glendale, California 91203
Fax: (818) 637-5362
Email: nedra.austin@dineequity.com

**VIA FEDEX NEXT-DAY DELIVERY, EMAIL, AND FACSIMILE**
Applebee's Restaurants North LLC
Attn: Real Estate Counsel
450 N. Brand Blvd, 7th Floor
Glendale, California 91203
Fax: (818) 637-5362
Email: nedra.austin@dineequity.com

4

<u>**VIA FEDEX NEXT-DAY DELIVERY, EMAIL, AND FACSIMILE**</u>

Applebee's Restaurants Texas LLC

Attn: Real Estate Counsel

450 N. Brand Blvd, 7th Floor

Glendale, California 91203

Fax: (818) 637-5362

Email: <u>nedra.austin@dineequity.com</u>

<u>**VIA FEDEX NEXT-DAY DELIVERY, EMAIL, AND FACSIMILE**</u>

Applebee's Restaurants West LLC

Attn: Real Estate Counsel

450 N. Brand Blvd, 7th Floor

Glendale, California 91203

Fax: (818) 637-5362

Email: <u>nedra.austin@dineequity.com</u>

<u>**VIA FEDEX NEXT-DAY DELIVERY, EMAIL, AND FACSIMILE**</u>

Assured Guaranty Corp.

1325 Avenue of the Americas

New York, New York 10019

Attention: Risk Management Department

Re: (Applebee's Series 2007-1 Class A-1-A Notes and Series 2001-1

Class-A-2-II-A Notes Policy No. D-2007-151

Facsimile No: (212) 581-3268

Confirmation: (212) 974-0100

Email: <u>riskmanagementdept@assuredguaranty.com</u>

<u>**VIA FEDEX NEXT-DAY DELIVERY**</u>

Assured Guaranty Corp.

General Counsel

1325 Avenue of the Americas

New York, New York 10019

9590-0001

**VIA FEDEX NEXT-DAY DELIVERY AND FACSIMILE**
Wells Fargo Bank, National Association
Sixth Street and Marquette Avenue
MAC N931-161
Minneapolis, Minnesota 55479
Attention: Corporate Trust Services/ Asset-Backed Administration
Facsimile: 612-667-3464

**VIA FEDEX NEXT-DAY DELIVERY**
Applebee's Services, Inc.
11201 Renner Blvd
Lenexa, KS 66219
Attention: General Counsel

**VIA FEDEX NEXT-DAY DELIVERY**
Fortress Realty Management
c/o DBAPPLEF
10250 Constellation Blvd.
Suite 2350
Los Angeles, California 90067

6



October 17, 2024

**VIA FEDEX NEXT-DAY DELIVERY**
Applebee's Enterprises, LLC
c/o Applebee's Services, Inc.
11201 Renner Blvd
Lenexa, KS 66219
Attention: Asset Manager

**VIA FEDEX NEXT-DAY DELIVERY**
Applebee's Franchising, LLC
c/o Applebee's Services, Inc.
11201 Renner Blvd
Lenexa, KS 66219
Attention: Asset Manager

**VIA FEDEX NEXT-DAY DELIVERY**
Applebee's IP LLC
c/o Applebee's Services, Inc.
11201 Renner Blvd
Lenexa, KS 66219
Attention: Asset Manager

**VIA FEDEX NEXT-DAY DELIVERY**
Applebee's Holdings, LLC
c/o Applebee's Services, Inc.
11201 Renner Blvd
Lenexa, KS 66219
Attention: Asset Manager

**VIA FEDEX NEXT-DAY DELIVERY, EMAIL, AND FACSIMILE**
Applebee's Restaurants Kansas LLC
Attn: Real Estate Counsel
450 N. Brand Blvd, 7th Floor
Glendale, California 91203
Fax: (818) 637-5362
Email: nedra.austin@dineequity.com

**VIA FEDEX NEXT-DAY DELIVERY, EMAIL, AND FACSIMILE**
Applebee's Restaurants Mid-Atlantic LLC
Attn: Real Estate Counsel
450 N. Brand Blvd, 7th Floor
Glendale, California 91203
Fax: (818) 637-5362
Email: nedra.austin@dineequity.com

**VIA FEDEX NEXT-DAY DELIVERY, EMAIL, AND FACSIMILE**
Applebee's Restaurants North LLC
Attn: Real Estate Counsel
450 N. Brand Blvd, 7th Floor
Glendale, California 91203
Fax: (818) 637-5362
Email: nedra.austin@dineequity.com

9590-0001

<u>VIA FEDEX NEXT-DAY DELIVERY, EMAIL, AND</u>
<u>FACSIMILE</u>
Applebee's Restaurants Texas LLC
Attn: Real Estate Counsel
450 N. Brand Blvd, 7th Floor
Glendale, California 91203
Fax: (818) 637-5362
Email: nedra.austin@dineequity.com

<u>VIA FEDEX NEXT-DAY DELIVERY, EMAIL, AND</u>
<u>FACSIMILE</u>
Applebee's Restaurants West LLC
Attn: Real Estate Counsel
450 N. Brand Blvd, 7th Floor
Glendale, California 91203
Fax: (818) 637-5362
Email: nedra.austin@dineequity.com

RE:    **NOTICE OF DEFAULT & CONTINUED LIABILITY**
Seyfarth Realty Corp.
Property: 9330 East 350 Highway, Raytown, Missouri 64133
Our File No.: 9590-0001

To Whom It May Concern:

Please be advised that we represent Seyfarth Realty Corp., ("<u>Seyfarth</u>"), the owner and landlord of 9330 East 350 Highway, Raytown, Missouri 64133 (the "<u>Premises</u>) for which Apple Central KC, LLC (hereinafter referred to as "<u>Apple Central</u>") is the current tenant.

On November 1, 2010, Applebee's Restaurants Kansas LLC, Applebee's Restaurants Mid-Atlantic LLC, Applebee's Restaurants North LLC, Applebee's Restaurants Texas LLC, and Applebee's Restaurants West LLC (collectively referred to herein as "<u>Applebee's Entities</u>") entered into an 18-year lease agreement (hereinafter referred to as the "<u>Lease</u>"), pursuant to which the Applebee's Entities were to pay Seyfarth "<u>Rent</u>" as defined within the Lease, to use the Premises. As part of that Lease, Applebee's Enterprises, LLC, Applebee's Franchising, LLC, Applebee's IP, LLC, and Applebee's Holdings, LLC (collectively referred to herein as "<u>Guarantors</u>" and with the Applebee's Entities collectively referred to herein as "<u>You</u>" or "<u>Your</u>") guaranteed the Lease.

2

On July 23, 2015, Apple Central entered into a Lease Assignment and Assumption Agreement ("Assignment") with the Applebee's Entities for the Premises. Pursuant to Section 25.01 of the Lease, the Applebee's Entities could assign the Lease, provided certain requirements were met. However, Sections 25.01(e) and (g) state in relevant part:

> (e)...Upon an assignment by Tenant which is permitted hereunder, Tenant and Guarantor shall be released from all obligations (other than the covenants contained in Section 25.01(d)) accruing after the date of assignment **if Tenant certifies to Landlord in writing that (i) the assignee is a franchisee, and not an affiliate of Tenant or Guarantor, in good standing, at the time it enters into such assignment, of Applebee's or IHOP; (ii) the assignee is a franchisee with respect to at least eight (8) Applebee's or IHOP restaurants (giving effect to restaurants included under the assignment of this Lease; and (iii) the Demised Property satisfies the Assignee Coverage Hurdle**...after the fourth anniversary of the assignment of the Lease, Tenant and Guarantor shall not be release from liability with respect to this Lease if the certification required hereunder has not been received by Landlord on or before such date.

> ***

> (g)...Without limiting the generality of the foregoing, **Tenant expressly** acknowledges and agrees that in the event of any assignment of this Lease, **unless the certification in Section 25.01(e) is received by the Landlord, Tenant shall remain jointly and severally liable** with the assignee **for all of the obligations under this Lease**, and in all other cases of any transfer of Tenant's interest under this Lease, Tenant shall remain primarily liable for such obligations.

No written notice complying with the requirements of Section 25.01(e) has ever provided to Seyfarth, and more than four (4) years have passed since the Applebee's Entities' Assignment to Apple Central. Therefore, the Applebee's Entities and Guarantors are still jointly and severally liable under the Lease.

Additionally, at this time, Seyfarth is requesting the following financial information from the Applebee's Entities as set forth in Section 14.03 of the Lease:

(a) The audited statements of financial position of Apple Central as of the end of the 2023 calendar year, including a balance sheet and statement of profits and losses, expenses and retained earnings, changes in financial position and cash flows for 2023; and

3

(b) The total sales figures in respect of the Premises for the trailing twelve (12) month period compiled on a monthly basis.

Similarly, Seyfarth is requesting the following financial information from Guarantors pursuant to Section 5 of Exhibit F to the Lease: Guaranty Form:

(a) The audited statements of financial position of Applebee's Enterprises, LLC as of the end of the 2023 calendar year, including a balance sheet and statement of profits and losses, expenses and retained earnings, changes in financial position and cash flows for 2023;

(b) The quarterly statements for quarters 1 and 2 of 2024 of the financial position of Enterprises, including a balance sheet and statement of profits and losses, together and changes in net operating cash flow such open; and

(c) If the financial statements of Enterprises, as presented on a consolidating basis, do not incorporate the separate financial statements of each individual Guarantor, such individual Guarantor shall prepare and provide to Seyfarth all financial statements requested above, other than Applebee's Holdings, LLC, unless and until such time that separate financial statements are prepared for Applebee's Holdings, LLC.

Yours Truly,

Desarae G. Harrah

DGH:ls

4

9590-0001



October 17, 2024

**VIA FEDEX NEXT-DAY DELIVERY**

Apple Central KC, LLC
c/o Registered Agent: Jeffy City Filing, Inc.
222 E. Dunklin, Suite 102
Jefferson City, Missouri 65101

Apple Central KC, LLC
3379 Peachtree Road
Suite 30
Atlanta, Georgia 30326

Ivey, Barnum & O'Mara, LLC
Katharine Fatoullah
170 Mason St.
Greenwich, Connecticut 06830

**VIA FEDEX NEXT-DAY DELIVERY AND EMAIL**

Apple Central KC, LLC
Attn:   Mr. William J. Georgas
        Mr. Trevor Ganshaw
9 Greenwich Officer Park
2nd Floor
Greenwich, Connecticut 06831
beorgas@afcbrands.com
tganshaw@afcbrands.com

RE:   **NOTICE OF DEFAULT**
      Seyfarth Realty Corp.
      Property: 9330 East 350 Highway, Raytown, Missouri 64133
      Our File No.: 9590-0001

To Whom It May Concern:

Please be advised that our firm represents Seyfarth Realty Corp., ("Seyfarth"), the owner and landlord of 9330 East 350 Highway, Raytown, Missouri 64133 (the "Premises) for which Apple Central KC, LLC (hereinafter referred to as "Apple Central") is the current tenant.

On November 1, 2010, Applebee's Restaurants Kansas LLC, Applebee's Restaurants Mid-Atlantic LLC, Applebee's Restaurants North LLC, Applebee's Restaurants Texas LLC, and Applebee's Restaurants West LLC (collectively referred to herein as "Applebee's Entities") entered into an 18-year lease agreement (hereinafter referred to as the "Lease"), pursuant to which the Applebee's

1

9590-0001

Entities were to pay Seyfarth "<u>Rent</u>", as defined within the Lease, to use the Premises. As part of that Lease, Applebee's Enterprises, LLC, Applebee's Franchising, LLC, Applebee's IP, LLC, and Applebee's Holdings, LLC (collectively referred to herein as "<u>Guarantors</u>") guaranteed the Lease.

On July 23, 2015, Apple Central entered into a Lease Assignment and Assumption Agreement ("<u>Assignment</u>") with the Applebee's Entities for the Premises. Despite the Assignment, the Applebee's Entities and Guarantors did not provide written notice as set forth in Section 25.01(e), and therefore remain jointly and severally liable under the terms of the Lease.

Then on August 23, 2024, Apple Central sent a letter to Seyfarth, along with a partial rent payment, demanding to unilaterally change the terms of the Lease, specifically desiring to change the monthly amount of Rent to be paid, the duration of the Lease, and set forth Apple Central's anticipatory future breaches of the Lease. Apple Central's failure to pay the monthly Rent amount of $18,725.89 in full for the months of September and October of 2024, is a default pursuant to Section 16.01 of the Lease. As set forth in Section 16.01(a), Apple Central has five (5) business days to cure the default.

Please note that any deposit by Seyfarth of Apple Central's partial rent payments, shall not be construed as a waiver by Seyfarth of the actual amount due and owing under the terms of the Lease, nor is it to be construed as a waiver by Seyfarth of any of its rights and remedies under the Lease and/or Assignment. (See Article XVIII). Additionally, any depositing of Apple Central's partial rent payments shall not be considered to be an agreement or acquiescence to the terms set forth in Apple Central's August 23, 2024, Letter.

Please take notice that the terms of the Lease remain in full force and effect, and Apple Central's attempts to unilaterally modify the Lease terms constitutes a breach of the Lease pursuant to Article XXXIII which explicitly sets forth that the terms of the Lease cannot be modified absent a written agreement to said modification signed by both Parties. Seyfarth has not agreed to any of Apple Central's proposed modifications to the Lease, nor has Seyfarth signed any writing to that effect.

Additionally, pursuant to Section 14.03 of the Lease, please provide the following financial documents:

    (a) The audited statements of financial position of Apple Central as of the end of the 2023 calendar year, including a balance sheet and statement of profits and losses, expenses and retained earnings, changes in financial position and cash flows for 2023; and

9590-0001

(b) The total sales figures in respect of the Premises for the trailing twelve (12) month period compiled on a monthly basis.

As set forth in the Lease, Apple Central has five (5) business days to cure the default by paying the outstanding base rent amount of $18,725.88 plus the Additional Rent to cover attorneys' fees and costs of $5,000, and $2,902.50 in interest on the outstanding amount and late fees, for a total of $26,628.38.

Should the default not be cured within the applicable timeframe and no response be provided, we will recommend our client proceed forward with all remedies available to it pursuant to the Lease, at law, and in equity.

Yours Truly,

Desarae G. Harrah

DGH:ls

CC:     Client (via email only)

**VIA FEDEX NEXT-DAY DELIVERY**
Applebee's Enterprises, LLC
c/o Applebee's Services, Inc.
11201 Renner Blvd
Lenexa, KS 66219
Attention: Asset Manager

**VIA FEDEX NEXT-DAY DELIVERY**
Applebee's Franchising, LLC
c/o Applebee's Services, Inc.
11201 Renner Blvd
Lenexa, KS 66219
Attention: Asset Manager

**VIA FEDEX NEXT-DAY DELIVERY**
Applebee's IP LLC
c/o Applebee's Services, Inc.
11201 Renner Blvd
Lenexa, KS 66219
Attention: Asset Manager

3

9590-0001

**VIA FEDEX NEXT-DAY DELIVERY**

Applebee's Holdings, LLC
c/o Applebee's Services, Inc.
11201 Renner Blvd
Lenexa, KS 66219
Attention: Asset Manager

**VIA FEDEX NEXT-DAY DELIVERY, EMAIL, AND FACSIMILE**

Applebee's Restaurants Kansas LLC
Attn: Real Estate Counsel
450 N. Brand Blvd, 7th Floor
Glendale, California 91203
Fax: (818) 637-5362
Email: nedra.austin@dineequity.com

**VIA FEDEX NEXT-DAY DELIVERY, EMAIL, AND FACSIMILE**

Applebee's Restaurants Mid-Atlantic LLC
Attn: Real Estate Counsel
450 N. Brand Blvd, 7th Floor
Glendale, California 91203
Fax: (818) 637-5362
Email: nedra.austin@dineequity.com

**VIA FEDEX NEXT-DAY DELIVERY, EMAIL, AND FACSIMILE**

Applebee's Restaurants North LLC
Attn: Real Estate Counsel
450 N. Brand Blvd, 7th Floor
Glendale, California 91203
Fax: (818) 637-5362
Email: nedra.austin@dineequity.com

4

9590-0001

**VIA FEDEX NEXT-DAY DELIVERY, EMAIL, AND FACSIMILE**

Applebee's Restaurants Texas LLC

Attn: Real Estate Counsel

450 N. Brand Blvd, 7th Floor

Glendale, California 91203

Fax: (818) 637-5362

Email: nedra.austin@dineequity.com

**VIA FEDEX NEXT-DAY DELIVERY, EMAIL, AND FACSIMILE**

Applebee's Restaurants West LLC

Attn: Real Estate Counsel

450 N. Brand Blvd, 7th Floor

Glendale, California 91203

Fax: (818) 637-5362

Email: nedra.austin@dineequity.com

**VIA FEDEX NEXT-DAY DELIVERY, EMAIL, AND FACSIMILE**

Assured Guaranty Corp.

1325 Avenue of the Americas

New York, New York 10019

Attention: Risk Management Department

Re: (Applebee's Series 2007-1 Class A-1-A Notes and Series 2001-1

Class-A-2-II-A Notes Policy No. D-2007-151

Facsimile No: (212) 581-3268

Confirmation: (212) 974-0100

Email: riskmanagementdept@assuredguaranty.com

**VIA FEDEX NEXT-DAY DELIVERY**

Assured Guaranty Corp.

General Counsel

1325 Avenue of the Americas

New York, New York 10019

5

**VIA FEDEX NEXT-DAY DELIVERY AND FACSIMILE**

Wells Fargo Bank, National Association

Sixth Street and Marquette Avenue

MAC N931-161

Minneapolis, Minnesota 55479

Attention: Corporate Trust Services/ Asset-Backed Administration

Facsimile: 612-667-3464


**VIA FEDEX NEXT-DAY DELIVERY**

Applebee's Services, Inc.

11201 Renner Blvd

Lenexa, KS 66219

Attention: General Counsel


**VIA FEDEX NEXT-DAY DELIVERY**

Fortress Realty Management

c/o DBAPPLEF

10250 Constellation Blvd.

Suite 2350

Los Angeles, California 90067

6

9590-0001



October 17, 2024

**VIA FEDEX NEXT-DAY DELIVERY**
Applebee's Enterprises, LLC
c/o Applebee's Services, Inc.
11201 Renner Blvd
Lenexa, KS 66219
Attention: Asset Manager

**VIA FEDEX NEXT-DAY DELIVERY**
Applebee's Franchising, LLC
c/o Applebee's Services, Inc.
11201 Renner Blvd
Lenexa, KS 66219
Attention: Asset Manager

**VIA FEDEX NEXT-DAY DELIVERY**
Applebee's IP LLC
c/o Applebee's Services, Inc.
11201 Renner Blvd
Lenexa, KS 66219
Attention: Asset Manager

**VIA FEDEX NEXT-DAY DELIVERY**
Applebee's Holdings, LLC
c/o Applebee's Services, Inc.
11201 Renner Blvd
Lenexa, KS 66219
Attention: Asset Manager

**VIA FEDEX NEXT-DAY DELIVERY, EMAIL, AND FACSIMILE**
Applebee's Restaurants Kansas LLC
Attn: Real Estate Counsel
450 N. Brand Blvd, 7th Floor
Glendale, California 91203
Fax: (818) 637-5362
Email: nedra.austin@dineequity.com

**VIA FEDEX NEXT-DAY DELIVERY, EMAIL, AND FACSIMILE**
Applebee's Restaurants Mid-Atlantic LLC
Attn: Real Estate Counsel
450 N. Brand Blvd, 7th Floor
Glendale, California 91203
Fax: (818) 637-5362
Email: nedra.austin@dineequity.com

**VIA FEDEX NEXT-DAY DELIVERY, EMAIL, AND FACSIMILE**
Applebee's Restaurants North LLC
Attn: Real Estate Counsel
450 N. Brand Blvd, 7th Floor
Glendale, California 91203
Fax: (818) 637-5362
Email: nedra.austin@dineequity.com

9590-0001

<u>VIA FEDEX NEXT-DAY DELIVERY, EMAIL, AND</u>
<u>FACSIMILE</u>
Applebee's Restaurants Texas LLC
Attn: Real Estate Counsel
450 N. Brand Blvd, 7th Floor
Glendale, California 91203
Fax: (818) 637-5362
Email: nedra.austin@dineequity.com

<u>VIA FEDEX NEXT-DAY DELIVERY, EMAIL, AND</u>
<u>FACSIMILE</u>
Applebee's Restaurants West LLC
Attn: Real Estate Counsel
450 N. Brand Blvd, 7th Floor
Glendale, California 91203
Fax: (818) 637-5362
Email: nedra.austin@dineequity.com

RE:    **<u>NOTICE OF DEFAULT & CONTINUED LIABILITY</u>**
Seyfarth Realty Corp.
Property: 9330 East 350 Highway, Raytown, Missouri 64133
Our File No.: 9590-0001

To Whom It May Concern:

Please be advised that we represent Seyfarth Realty Corp., ("<u>Seyfarth</u>"), the owner and landlord of 9330 East 350 Highway, Raytown, Missouri 64133 (the "<u>Premises</u>) for which Apple Central KC, LLC (hereinafter referred to as "<u>Apple Central</u>") is the current tenant.

On November 1, 2010, Applebee's Restaurants Kansas LLC, Applebee's Restaurants Mid-Atlantic LLC, Applebee's Restaurants North LLC, Applebee's Restaurants Texas LLC, and Applebee's Restaurants West LLC (collectively referred to herein as "<u>Applebee's Entities</u>") entered into an 18-year lease agreement (hereinafter referred to as the "<u>Lease</u>"), pursuant to which the Applebee's Entities were to pay Seyfarth "<u>Rent</u>" as defined within the Lease, to use the Premises. As part of that Lease, Applebee's Enterprises, LLC, Applebee's Franchising, LLC, Applebee's IP, LLC, and Applebee's Holdings, LLC (collectively referred to herein as "<u>Guarantors</u>" and with the Applebee's Entities collectively referred to herein as "<u>You</u>" or "<u>Your</u>") guaranteed the Lease.

2

On July 23, 2015, Apple Central entered into a Lease Assignment and Assumption Agreement ("Assignment") with the Applebee's Entities for the Premises. Pursuant to Section 25.01 of the Lease, the Applebee's Entities could assign the Lease, provided certain requirements were met. However, Sections 25.01(e) and (g) state in relevant part:

(e)...Upon an assignment by Tenant which is permitted hereunder, Tenant and Guarantor shall be released from all obligations (other than the covenants contained in Section 25.01(d)) accruing after the date of assignment **if Tenant certifies to Landlord in writing that (i) the assignee is a franchisee, and not an affiliate of Tenant or Guarantor, in good standing, at the time it enters into such assignment, of Applebee's or IHOP; (ii) the assignee is a franchisee with respect to at least eight (8) Applebee's or IHOP restaurants (giving effect to restaurants included under the assignment of this Lease; and (iii) the Demised Property satisfies the Assignee Coverage Hurdle**...after the fourth anniversary of the assignment of the Lease, Tenant and Guarantor shall not be release from liability with respect to this Lease if the certification required hereunder has not been received by Landlord on or before such date.

\*\*\*

(g)...Without limiting the generality of the foregoing, **Tenant expressly** acknowledges and agrees that in the event of any assignment of this Lease, **unless the certification in Section 25.01(e) is received by the Landlord, Tenant shall remain jointly and severally liable** with the assignee **for all of the obligations under this Lease**, and in all other cases of any transfer of Tenant's interest under this Lease, Tenant shall remain primarily liable for such obligations.

No written notice complying with the requirements of Section 25.01(e) has ever provided to Seyfarth, and more than four (4) years have passed since the Applebee's Entities' Assignment to Apple Central. Therefore, the Applebee's Entities and Guarantors are still jointly and severally liable under the Lease.

Additionally, at this time, Seyfarth is requesting the following financial information from the Applebee's Entities as set forth in Section 14.03 of the Lease:

(a) The audited statements of financial position of Apple Central as of the end of the 2023 calendar year, including a balance sheet and statement of profits and losses, expenses and retained earnings, changes in financial position and cash flows for 2023; and

3

(b) The total sales figures in respect of the Premises for the trailing twelve (12) month period compiled on a monthly basis.

Similarly, Seyfarth is requesting the following financial information from Guarantors pursuant to Section 5 of Exhibit F to the Lease: Guaranty Form:

(a) The audited statements of financial position of Applebee's Enterprises, LLC as of the end of the 2023 calendar year, including a balance sheet and statement of profits and losses, expenses and retained earnings, changes in financial position and cash flows for 2023;

(b) The quarterly statements for quarters 1 and 2 of 2024 of the financial position of Enterprises, including a balance sheet and statement of profits and losses, together and changes in net operating cash flow such open; and

(c) If the financial statements of Enterprises, as presented on a consolidating basis, do not incorporate the separate financial statements of each individual Guarantor, such individual Guarantor shall prepare and provide to Seyfarth all financial statements requested above, other than Applebee's Holdings, LLC, unless and until such time that separate financial statements are prepared for Applebee's Holdings, LLC.

Yours Truly,

Desarae G. Harrah

DGH:ls

4



October 17, 2024

**VIA FEDEX NEXT-DAY DELIVERY**

Apple Central KC, LLC
c/o Registered Agent: Jeffy City Filing, Inc.
222 E. Dunklin, Suite 102
Jefferson City, Missouri 65101

Apple Central KC, LLC
3379 Peachtree Road
Suite 30
Atlanta, Georgia 30326

Ivey, Barnum & O'Mara, LLC
Katharine Fatoullah
170 Mason St.
Greenwich, Connecticut 06830

**VIA FEDEX NEXT-DAY DELIVERY AND EMAIL**

Apple Central KC, LLC
Attn:   Mr. William J. Georgas
Mr. Trevor Ganshaw
9 Greenwich Officer Park
2nd Floor
Greenwich, Connecticut 06831
beorgas@afcbrands.com
tganshaw@afcbrands.com

RE:   **NOTICE OF DEFAULT**
Seyfarth Realty Corp.
Property: 9330 East 350 Highway, Raytown, Missouri 64133
Our File No.: 9590-0001

To Whom It May Concern:

Please be advised that our firm represents Seyfarth Realty Corp., ("Seyfarth"), the owner and landlord of 9330 East 350 Highway, Raytown, Missouri 64133 (the "Premises) for which Apple Central KC, LLC (hereinafter referred to as "Apple Central") is the current tenant.

On November 1, 2010, Applebee's Restaurants Kansas LLC, Applebee's Restaurants Mid-Atlantic LLC, Applebee's Restaurants North LLC, Applebee's Restaurants Texas LLC, and Applebee's Restaurants West LLC (collectively referred to herein as "Applebee's Entities") entered into an 18-year lease agreement (hereinafter referred to as the "Lease"), pursuant to which the Applebee's

1

9590-0001

Entities were to pay Seyfarth "Rent", as defined within the Lease, to use the Premises.  As part of that Lease, Applebee's Enterprises, LLC, Applebee's Franchising, LLC, Applebee's IP, LLC, and Applebee's Holdings, LLC (collectively referred to herein as "Guarantors") guaranteed the Lease.

On July 23, 2015, Apple Central entered into a Lease Assignment and Assumption Agreement ("Assignment") with the Applebee's Entities for the Premises. Despite the Assignment, the Applebee's Entities and Guarantors did not provide written notice as set forth in Section 25.01(e), and therefore remain jointly and severally liable under the terms of the Lease.

Then on August 23, 2024, Apple Central sent a letter to Seyfarth, along with a partial rent payment, demanding to unilaterally change the terms of the Lease, specifically desiring to change the monthly amount of Rent to be paid, the duration of the Lease, and set forth Apple Central's anticipatory future breaches of the Lease.  Apple Central's failure to pay the monthly Rent amount of $18,725.89 in full for the months of September and October of 2024, is a default pursuant to Section 16.01 of the Lease. As set forth in Section 16.01(a), Apple Central has five (5) business days to cure the default.

Please note that any deposit by Seyfarth of Apple Central's partial rent payments, shall not be construed as a waiver by Seyfarth of the actual amount due and owing under the terms of the Lease, nor is it to be construed as a waiver by Seyfarth of any of its rights and remedies under the Lease and/or Assignment. (See Article XVIII). Additionally, any depositing of Apple Central's partial rent payments shall not be considered to be an agreement or acquiescence to the terms set forth in Apple Central's August 23, 2024, Letter.

Please take notice that the terms of the Lease remain in full force and effect, and Apple Central's attempts to unilaterally modify the Lease terms constitutes a breach of the Lease pursuant to Article XXXIII which explicitly sets forth that the terms of the Lease cannot be modified absent a written agreement to said modification signed by both Parties. Seyfarth has not agreed to any of Apple Central's proposed modifications to the Lease, nor has Seyfarth signed any writing to that effect.

Additionally, pursuant to Section 14.03 of the Lease, please provide the following financial documents:

(a) The audited statements of financial position of Apple Central as of the end of the 2023 calendar year, including a balance sheet and statement of profits and losses, expenses and retained earnings, changes in financial position and cash flows for 2023; and

2

(b) The total sales figures in respect of the Premises for the trailing twelve (12) month period compiled on a monthly basis.

As set forth in the Lease, Apple Central has five (5) business days to cure the default by paying the outstanding base rent amount of $18,725.88 plus the Additional Rent to cover attorneys' fees and costs of $5,000, and $2,902.50 in interest on the outstanding amount and late fees, for a total of $26,628.38.

Should the default not be cured within the applicable timeframe and no response be provided, we will recommend our client proceed forward with all remedies available to it pursuant to the Lease, at law, and in equity.

Yours Truly,

Desarae G. Harrah

DGH:ls

CC:     Client (via email only)

**VIA FEDEX NEXT-DAY DELIVERY**
Applebee's Enterprises, LLC
c/o Applebee's Services, Inc.
11201 Renner Blvd
Lenexa, KS 66219
Attention: Asset Manager

**VIA FEDEX NEXT-DAY DELIVERY**
Applebee's Franchising, LLC
c/o Applebee's Services, Inc.
11201 Renner Blvd
Lenexa, KS 66219
Attention: Asset Manager

**VIA FEDEX NEXT-DAY DELIVERY**
Applebee's IP LLC
c/o Applebee's Services, Inc.
11201 Renner Blvd
Lenexa, KS 66219
Attention: Asset Manager

3

9590-0001

**VIA FEDEX NEXT-DAY DELIVERY**
Applebee's Holdings, LLC
c/o Applebee's Services, Inc.
11201 Renner Blvd
Lenexa, KS 66219
Attention: Asset Manager

**VIA FEDEX NEXT-DAY DELIVERY, EMAIL, AND FACSIMILE**
Applebee's Restaurants Kansas LLC
Attn: Real Estate Counsel
450 N. Brand Blvd, 7th Floor
Glendale, California 91203
Fax: (818) 637-5362
Email: nedra.austin@dineequity.com

**VIA FEDEX NEXT-DAY DELIVERY, EMAIL, AND FACSIMILE**
Applebee's Restaurants Mid-Atlantic LLC
Attn: Real Estate Counsel
450 N. Brand Blvd, 7th Floor
Glendale, California 91203
Fax: (818) 637-5362
Email: nedra.austin@dineequity.com

**VIA FEDEX NEXT-DAY DELIVERY, EMAIL, AND FACSIMILE**
Applebee's Restaurants North LLC
Attn: Real Estate Counsel
450 N. Brand Blvd, 7th Floor
Glendale, California 91203
Fax: (818) 637-5362
Email: nedra.austin@dineequity.com

4

9590-0001

**VIA FEDEX NEXT-DAY DELIVERY, EMAIL, AND FACSIMILE**

Applebee's Restaurants Texas LLC
Attn: Real Estate Counsel
450 N. Brand Blvd, 7th Floor
Glendale, California 91203
Fax: (818) 637-5362
Email: nedra.austin@dineequity.com

**VIA FEDEX NEXT-DAY DELIVERY, EMAIL, AND FACSIMILE**

Applebee's Restaurants West LLC
Attn: Real Estate Counsel
450 N. Brand Blvd, 7th Floor
Glendale, California 91203
Fax: (818) 637-5362
Email: nedra.austin@dineequity.com

**VIA FEDEX NEXT-DAY DELIVERY, EMAIL, AND FACSIMILE**

Assured Guaranty Corp.
1325 Avenue of the Americas
New York, New York 10019
Attention: Risk Management Department
Re: (Applebee's Series 2007-1 Class A-1-A Notes and Series 2001-1
Class-A-2-II-A Notes Policy No. D-2007-151
Facsimile No: (212) 581-3268
Confirmation: (212) 974-0100
Email: riskmanagementdept@assuredguaranty.com

**VIA FEDEX NEXT-DAY DELIVERY**

Assured Guaranty Corp.
General Counsel
1325 Avenue of the Americas
New York, New York 10019

5

9590-0001

**VIA FEDEX NEXT-DAY DELIVERY AND FACSIMILE**
Wells Fargo Bank, National Association
Sixth Street and Marquette Avenue
MAC N931-161
Minneapolis, Minnesota 55479
Attention: Corporate Trust Services/ Asset-Backed Administration
Facsimile: 612-667-3464

**VIA FEDEX NEXT-DAY DELIVERY**
Applebee's Services, Inc.
11201 Renner Blvd
Lenexa, KS 66219
Attention: General Counsel

**VIA FEDEX NEXT-DAY DELIVERY**
Fortress Realty Management
c/o DBAPPLEF
10250 Constellation Blvd.
Suite 2350
Los Angeles, California 90067

6

9590-0001



October 17, 2024

**VIA FEDEX NEXT-DAY DELIVERY**
Applebee's Enterprises, LLC
c/o Applebee's Services, Inc.
11201 Renner Blvd
Lenexa, KS 66219
Attention: Asset Manager

**VIA FEDEX NEXT-DAY DELIVERY**
Applebee's Franchising, LLC
c/o Applebee's Services, Inc.
11201 Renner Blvd
Lenexa, KS 66219
Attention: Asset Manager

**VIA FEDEX NEXT-DAY DELIVERY**
Applebee's IP LLC
c/o Applebee's Services, Inc.
11201 Renner Blvd
Lenexa, KS 66219
Attention: Asset Manager

**VIA FEDEX NEXT-DAY DELIVERY**
Applebee's Holdings, LLC
c/o Applebee's Services, Inc.
11201 Renner Blvd
Lenexa, KS 66219
Attention: Asset Manager

**VIA FEDEX NEXT-DAY DELIVERY, EMAIL, AND FACSIMILE**
Applebee's Restaurants Kansas LLC
Attn: Real Estate Counsel
450 N. Brand Blvd, 7th Floor
Glendale, California 91203
Fax: (818) 637-5362
Email: nedra.austin@dineequity.com

**VIA FEDEX NEXT-DAY DELIVERY, EMAIL, AND FACSIMILE**
Applebee's Restaurants Mid-Atlantic LLC
Attn: Real Estate Counsel
450 N. Brand Blvd, 7th Floor
Glendale, California 91203
Fax: (818) 637-5362
Email: nedra.austin@dineequity.com

**VIA FEDEX NEXT-DAY DELIVERY, EMAIL, AND FACSIMILE**
Applebee's Restaurants North LLC
Attn: Real Estate Counsel
450 N. Brand Blvd, 7th Floor
Glendale, California 91203
Fax: (818) 637-5362
Email: nedra.austin@dineequity.com

1

<u>VIA FEDEX NEXT-DAY DELIVERY, EMAIL, AND</u>
<u>FACSIMILE</u>
Applebee's Restaurants Texas LLC
Attn: Real Estate Counsel
450 N. Brand Blvd, 7th Floor
Glendale, California 91203
Fax: (818) 637-5362
Email: nedra.austin@dineequity.com

<u>VIA FEDEX NEXT-DAY DELIVERY, EMAIL, AND</u>
<u>FACSIMILE</u>
Applebee's Restaurants West LLC
Attn: Real Estate Counsel
450 N. Brand Blvd, 7th Floor
Glendale, California 91203
Fax: (818) 637-5362
Email: nedra.austin@dineequity.com

   RE: **NOTICE OF DEFAULT & CONTINUED LIABILITY**
      Seyfarth Realty Corp.
      Property: 9330 East 350 Highway, Raytown, Missouri 64133
      Our File No.: 9590-0001

To Whom It May Concern:

Please be advised that we represent Seyfarth Realty Corp., ("<u>Seyfarth</u>"), the owner and landlord of 9330 East 350 Highway, Raytown, Missouri 64133 (the "<u>Premises</u>) for which Apple Central KC, LLC (hereinafter referred to as "<u>Apple Central</u>") is the current tenant.

On November 1, 2010, Applebee's Restaurants Kansas LLC, Applebee's Restaurants Mid-Atlantic LLC, Applebee's Restaurants North LLC, Applebee's Restaurants Texas LLC, and Applebee's Restaurants West LLC (collectively referred to herein as "<u>Applebee's Entities</u>") entered into an 18-year lease agreement (hereinafter referred to as the "<u>Lease</u>"), pursuant to which the Applebee's Entities were to pay Seyfarth "<u>Rent</u>" as defined within the Lease, to use the Premises.  As part of that Lease, Applebee's Enterprises, LLC, Applebee's Franchising, LLC, Applebee's IP, LLC, and Applebee's Holdings, LLC (collectively referred to herein as "<u>Guarantors</u>" and with the Applebee's Entities collectively referred to herein as "<u>You</u>" or "<u>Your</u>") guaranteed the Lease.

9590-0001

On July 23, 2015, Apple Central entered into a Lease Assignment and Assumption Agreement ("Assignment") with the Applebee's Entities for the Premises. Pursuant to Section 25.01 of the Lease, the Applebee's Entities could assign the Lease, provided certain requirements were met. However, Sections 25.01(e) and (g) state in relevant part:

(e)...Upon an assignment by Tenant which is permitted hereunder, Tenant and Guarantor shall be released from all obligations (other than the covenants contained in Section 25.01(d)) accruing after the date of assignment **if Tenant certifies to Landlord in writing that (i) the assignee is a franchisee, and not an affiliate of Tenant or Guarantor, in good standing, at the time it enters into such assignment, of Applebee's or IHOP; (ii) the assignee is a franchisee with respect to at least eight (8) Applebee's or IHOP restaurants (giving effect to restaurants included under the assignment of this Lease; and (iii) the Demised Property satisfies the Assignee Coverage Hurdle**...after the fourth anniversary of the assignment of the Lease, Tenant and Guarantor shall not be release from liability with respect to this Lease if the certification required hereunder has not been received by Landlord on or before such date.

\*\*\*

(g)...Without limiting the generality of the foregoing, **Tenant expressly** acknowledges and agrees that in the event of any assignment of this Lease, **unless the certification in Section 25.01(e) is received by the Landlord, Tenant shall remain jointly and severally liable** with the assignee **for all of the obligations under this Lease**, and in all other cases of any transfer of Tenant's interest under this Lease, Tenant shall remain primarily liable for such obligations.

No written notice complying with the requirements of Section 25.01(e) has ever provided to Seyfarth, and more than four (4) years have passed since the Applebee's Entities' Assignment to Apple Central. Therefore, the Applebee's Entities and Guarantors are still jointly and severally liable under the Lease.

Additionally, at this time, Seyfarth is requesting the following financial information from the Applebee's Entities as set forth in Section 14.03 of the Lease:

(a) The audited statements of financial position of Apple Central as of the end of the 2023 calendar year, including a balance sheet and statement of profits and losses, expenses and retained earnings, changes in financial position and cash flows for 2023; and

3

(b) The total sales figures in respect of the Premises for the trailing twelve (12) month period compiled on a monthly basis.

Similarly, Seyfarth is requesting the following financial information from Guarantors pursuant to Section 5 of Exhibit F to the Lease: Guaranty Form:

(a) The audited statements of financial position of Applebee's Enterprises, LLC as of the end of the 2023 calendar year, including a balance sheet and statement of profits and losses, expenses and retained earnings, changes in financial position and cash flows for 2023;

(b) The quarterly statements for quarters 1 and 2 of 2024 of the financial position of Enterprises, including a balance sheet and statement of profits and losses, together and changes in net operating cash flow such open; and

(c) If the financial statements of Enterprises, as presented on a consolidating basis, do not incorporate the separate financial statements of each individual Guarantor, such individual Guarantor shall prepare and provide to Seyfarth all financial statements requested above, other than Applebee's Holdings, LLC, unless and until such time that separate financial statements are prepared for Applebee's Holdings, LLC.

Yours Truly,

Desarae G. Harrah

DGH:ls

4

9590-0001



October 17, 2024

Apple Central KC, LLC
c/o Registered Agent: Jeffy City Filing, Inc.
222 E. Dunklin, Suite 102
Jefferson City, Missouri 65101

Apple Central KC, LLC
3379 Peachtree Road
Suite 30
Atlanta, Georgia 30326

Ivey, Barnum & O'Mara, LLC
Katharine Fatoullah
170 Mason St.
Greenwich, Connecticut 06830

Apple Central KC, LLC
Attn:  Mr. William J. Georgas
       Mr. Trevor Ganshaw
9 Greenwich Officer Park
2nd Floor
Greenwich, Connecticut 06831
beorgas@afcbrands.com
tganshaw@afcbrands.com

RE:   **NOTICE OF DEFAULT**
      Seyfarth Realty Corp.
      Property: 9330 East 350 Highway, Raytown, Missouri 64133
      Our File No.: 9590-0001

To Whom It May Concern:

Please be advised that our firm represents Seyfarth Realty Corp., ("Seyfarth"), the owner and landlord of 9330 East 350 Highway, Raytown, Missouri 64133 (the "Premises) for which Apple Central KC, LLC (hereinafter referred to as "Apple Central") is the current tenant.

On November 1, 2010, Applebee's Restaurants Kansas LLC, Applebee's Restaurants Mid-Atlantic LLC, Applebee's Restaurants North LLC, Applebee's Restaurants Texas LLC, and Applebee's Restaurants West LLC (collectively referred to herein as "Applebee's Entities") entered into an 18-year lease agreement (hereinafter referred to as the "Lease"), pursuant to which the Applebee's

1

Entities were to pay Seyfarth "Rent", as defined within the Lease, to use the Premises. As part of that Lease, Applebee's Enterprises, LLC, Applebee's Franchising, LLC, Applebee's IP, LLC, and Applebee's Holdings, LLC (collectively referred to herein as "Guarantors") guaranteed the Lease.

On July 23, 2015, Apple Central entered into a Lease Assignment and Assumption Agreement ("Assignment") with the Applebee's Entities for the Premises. Despite the Assignment, the Applebee's Entities and Guarantors did not provide written notice as set forth in Section 25.01(e), and therefore remain jointly and severally liable under the terms of the Lease.

Then on August 23, 2024, Apple Central sent a letter to Seyfarth, along with a partial rent payment, demanding to unilaterally change the terms of the Lease, specifically desiring to change the monthly amount of Rent to be paid, the duration of the Lease, and set forth Apple Central's anticipatory future breaches of the Lease. Apple Central's failure to pay the monthly Rent amount of $18,725.89 in full for the months of September and October of 2024, is a default pursuant to Section 16.01 of the Lease. As set forth in Section 16.01(a), Apple Central has five (5) business days to cure the default.

Please note that any deposit by Seyfarth of Apple Central's partial rent payments, shall not be construed as a waiver by Seyfarth of the actual amount due and owing under the terms of the Lease, nor is it to be construed as a waiver by Seyfarth of any of its rights and remedies under the Lease and/or Assignment. (See Article XVIII). Additionally, any depositing of Apple Central's partial rent payments shall not be considered to be an agreement or acquiescence to the terms set forth in Apple Central's August 23, 2024, Letter.

Please take notice that the terms of the Lease remain in full force and effect, and Apple Central's attempts to unilaterally modify the Lease terms constitutes a breach of the Lease pursuant to Article XXXIII which explicitly sets forth that the terms of the Lease cannot be modified absent a written agreement to said modification signed by both Parties. Seyfarth has not agreed to any of Apple Central's proposed modifications to the Lease, nor has Seyfarth signed any writing to that effect.

Additionally, pursuant to Section 14.03 of the Lease, please provide the following financial documents:

    (a) The audited statements of financial position of Apple Central as of the end of the 2023 calendar year, including a balance sheet and statement of profits and losses, expenses and retained earnings, changes in financial position and cash flows for 2023; and

2

9590-0001

(b) The total sales figures in respect of the Premises for the trailing twelve (12) month period compiled on a monthly basis.

As set forth in the Lease, Apple Central has five (5) business days to cure the default by paying the outstanding base rent amount of $18,725.88 plus the Additional Rent to cover attorneys' fees and costs of $5,000, and $2,902.50 in interest on the outstanding amount and late fees, for a total of $26,628.38.

Should the default not be cured within the applicable timeframe and no response be provided, we will recommend our client proceed forward with all remedies available to it pursuant to the Lease, at law, and in equity.

Yours Truly,

Desarae G. Harrah

DGH:ls

CC:     Client (via email only)

**VIA FEDEX NEXT-DAY DELIVERY**
Applebee's Enterprises, LLC
c/o Applebee's Services, Inc.
11201 Renner Blvd
Lenexa, KS 66219
Attention: Asset Manager

**VIA FEDEX NEXT-DAY DELIVERY**
Applebee's Franchising, LLC
c/o Applebee's Services, Inc.
11201 Renner Blvd
Lenexa, KS 66219
Attention: Asset Manager

**VIA FEDEX NEXT-DAY DELIVERY**
Applebee's IP LLC
c/o Applebee's Services, Inc.
11201 Renner Blvd
Lenexa, KS 66219
Attention: Asset Manager

3

9590-0001

**VIA FEDEX NEXT-DAY DELIVERY**
Applebee's Holdings, LLC
c/o Applebee's Services, Inc.
11201 Renner Blvd
Lenexa, KS 66219
Attention: Asset Manager

**VIA FEDEX NEXT-DAY DELIVERY, EMAIL, AND FACSIMILE**
Applebee's Restaurants Kansas LLC
Attn: Real Estate Counsel
450 N. Brand Blvd, 7th Floor
Glendale, California 91203
Fax: (818) 637-5362
Email: nedra.austin@dineequity.com

**VIA FEDEX NEXT-DAY DELIVERY, EMAIL, AND FACSIMILE**
Applebee's Restaurants Mid-Atlantic LLC
Attn: Real Estate Counsel
450 N. Brand Blvd, 7th Floor
Glendale, California 91203
Fax: (818) 637-5362
Email: nedra.austin@dineequity.com

**VIA FEDEX NEXT-DAY DELIVERY, EMAIL, AND FACSIMILE**
Applebee's Restaurants North LLC
Attn: Real Estate Counsel
450 N. Brand Blvd, 7th Floor
Glendale, California 91203
Fax: (818) 637-5362
Email: nedra.austin@dineequity.com

4

9590-0001

**VIA FEDEX NEXT-DAY DELIVERY, EMAIL, AND FACSIMILE**

Applebee's Restaurants Texas LLC
Attn: Real Estate Counsel
450 N. Brand Blvd, 7th Floor
Glendale, California 91203
Fax: (818) 637-5362
Email: nedra.austin@dineequity.com

**VIA FEDEX NEXT-DAY DELIVERY, EMAIL, AND FACSIMILE**

Applebee's Restaurants West LLC
Attn: Real Estate Counsel
450 N. Brand Blvd, 7th Floor
Glendale, California 91203
Fax: (818) 637-5362
Email: nedra.austin@dineequity.com

**VIA FEDEX NEXT-DAY DELIVERY, EMAIL, AND FACSIMILE**

Assured Guaranty Corp.
1325 Avenue of the Americas
New York, New York 10019
Attention: Risk Management Department
Re: (Applebee's Series 2007-1 Class A-1-A Notes and Series 2001-1
Class-A-2-II-A Notes Policy No. D-2007-151
Facsimile No: (212) 581-3268
Confirmation: (212) 974-0100
Email: riskmanagementdept@assuredguaranty.com

**VIA FEDEX NEXT-DAY DELIVERY**

Assured Guaranty Corp.
General Counsel
1325 Avenue of the Americas
New York, New York 10019

5

**VIA FEDEX NEXT-DAY DELIVERY AND FACSIMILE**
Wells Fargo Bank, National Association
Sixth Street and Marquette Avenue
MAC N931-161
Minneapolis, Minnesota 55479
Attention: Corporate Trust Services/ Asset-Backed Administration
Facsimile: 612-667-3464

**VIA FEDEX NEXT-DAY DELIVERY**
Applebee's Services, Inc.
11201 Renner Blvd
Lenexa, KS 66219
Attention: General Counsel

**VIA FEDEX NEXT-DAY DELIVERY**
Fortress Realty Management
c/o DBAPPLEF
10250 Constellation Blvd.
Suite 2350
Los Angeles, California 90067

9590-0001