EXHIBIT 7

# HUSCH BLACKWELL

SCANNED OCT 23 2024

Kyle M. Tanner
Associate

4801 Main Street, Suite 1000
Kansas City, MO 64112
Direct: 816.983.8326
Fax: 816.983.8080
kyle.tanner@huschblackwell.com

## TEN-DAY NOTICE
## TO PAY RENT OR QUIT
### (K.S.A. 58-2507)

Apple Central KC, LLC
3379 Peachtree Road
Suite 360
Atlanta, Georgia, 30326
Attn: William Georgas

**YOU ARE HEREBY NOTIFIED** that pursuant to the lease agreement under which you hold possession of the premises located at 6800 Johnson Drive, Mission, KS ("Premises"), there is now due and owing unpaid rent in the total sum of **$29,377.16**. This rent is due and owing as follows:

| Month | Rent Calculation | Amount Owed |
|---|---|---|
| September 2024 | $18,358.23 + $919.91 late fee – 9,179.12 already paid | $10,099.02 |
| October 2024 | $18,358.23 + $919.91 late fee | $19,278.14 |
| TOTAL: | | $29,377.16 |

YOU ARE FURTHER NOTIFIED that within ten business days after service of this Notice, the total sum of **$29,377.16** past due rent, in the amount stated above, must be delivered to the landlord, Barkley Partners, LLC ("Landlord"), at the following address:

Barkley Partners, LLC
Attn: Christopher Smith
604 Center St
Marysville, KS 66508

The rent may be mailed to the Landlord at the aforementioned address. The rent may also be delivered in person at said address, Monday through Friday from 9:00 a.m. to 5:00 p.m.

In the alternative, you may surrender possession within the ten-day period by vacating and returning possession of the Premises and the keys to said Premises to Landlord at the aforementioned address.

HB: 4891-2811-5440.2                                                                                              Husch Blackwell LLP

**HUSCH BLACKWELL**

Page 2

YOU ARE FURTHER NOTIFIED that failure to pay the past due rent or to surrender possession with ten business days after service of this Notice will result in Landlord instituting legal proceedings for unlawful detainer against you to recover possession of the Premises, declare a default of said lease agreement, and recover unpaid rent, damages, attorneys' fees and court costs as allowed by law.

Lastly, your obligations under this legal notice are independent of the obligations imposed upon you by any other legal notice with which you may have been served.

                                                        Sincerely,

                                                        Husch Blackwell LLP

cc (via e-mail):        Steven B. Steinmetz (ssteinmetz@ibolaw.com)
                              Nathan Graf (ngraf@ibolaw.com)
                              Frank Wendt (fwendt@brlawkc.com)

cc (via FedEx):        Applebee's Enterprises, LLC
                              Applebee's Franchising, LLC
                              Applebee's IP, LLC
                              Applebee's Holdings, LLC
                              c/o Applebee's Services, Inc.
                              10 W Walnut St.
                              Pasadena, CA 91103
                              Attn: Asset Manager

                              Applebee's Services, Inc.
                              10 W Walnut St
                              Pasadena, CA 91103
                              Attn: General Counsel

**HUSCH BLACKWELL**    SCANNED OCT 23 2024

Kyle M. Tanner
Associate

4801 Main Street, Suite 1000
Kansas City, MO 64112
Direct: 816.983.8326
Fax: 816.983.8080
kyle.tanner@huschblackwell.com

<u>**TEN-DAY NOTICE
TO PAY RENT OR QUIT**</u>
**(K.S.A. 58-2507)**

Apple Central KC, LLC
3379 Peachtree Road
Suite 360
Atlanta, Georgia, 30326
Attn: William Georgas

**YOU ARE HEREBY NOTIFIED** that pursuant to the lease agreement under which you hold possession of the premises located at 6800 Johnson Drive, Mission, KS ("Premises"), there is now due and owing unpaid rent in the total sum of **$29,377.16**. This rent is due and owing as follows:

| Month | Rent Calculation | Amount Owed |
|---|---|---|
| September 2024 | $18,358.23 + $919.91 late fee – 9,179.12 already paid | $10,099.02 |
| October 2024 | $18,358.23 + $919.91 late fee | $19,278.14 |
| **TOTAL:** | | **$29,377.16** |

YOU ARE FURTHER NOTIFIED that within ten business days after service of this Notice, the total sum of **$29,377.16** past due rent, in the amount stated above, must be delivered to the landlord, Barkley Partners, LLC ("Landlord"), at the following address:

Barkley Partners, LLC
Attn: Christopher Smith
604 Center St
Marysville, KS 66508

The rent may be mailed to the Landlord at the aforementioned address. The rent may also be delivered in person at said address, Monday through Friday from 9:00 a.m. to 5:00 p.m.

In the alternative, you may surrender possession within the ten-day period by vacating and returning possession of the Premises and the keys to said Premises to Landlord at the aforementioned address.

HB: 4891-2811-5440.2                                                                                   Husch Blackwell LLP

# HUSCH BLACKWELL

Page 2

YOU ARE FURTHER NOTIFIED that failure to pay the past due rent or to surrender possession with ten business days after service of this Notice will result in Landlord instituting legal proceedings for unlawful detainer against you to recover possession of the Premises, declare a default of said lease agreement, and recover unpaid rent, damages, attorneys' fees and court costs as allowed by law.

Lastly, your obligations under this legal notice are independent of the obligations imposed upon you by any other legal notice with which you may have been served.

Sincerely,

Husch Blackwell LLP

cc (via e-mail):   Steven B. Steinmetz (ssteinmetz@ibolaw.com)
                   Nathan Graf (ngraf@ibolaw.com)
                   Frank Wendt (fwendt@brlawkc.com)

cc (via FedEx):    Applebee's Enterprises, LLC
                   Applebee's Franchising, LLC
                   Applebee's IP, LLC
                   Applebee's Holdings, LLC
                   c/o Applebee's Services, Inc.
                   10 W Walnut St.
                   Pasadena, CA 91103
                   Attn: Asset Manager

                   Applebee's Services, Inc.
                   10 W Walnut St
                   Pasadena, CA 91103
                   Attn: General Counsel