EXHIBIT 8



**Joel D. Siegel**

joel.siegel@dentons.com
D   +1 213-892-5050

Dentons US LLP
601 South Figueroa Street
Suite 2500
Los Angeles, CA  90017-5704
United States

dentons.com

October 30, 2024

**BY E-MAIL AND FEDERAL EXPRESS**

Apple Central KC, LLC
9 Greenwich Office Park, 2nd Floor
Greenwich, CT 06831
Attn: William J. Georgas
bgeorgas@afcbrands.com

Apple Central KC, LLC
166 West Putnam Avenue
Greenwich, CT 06830
Attn: William J. Georgas
bgeorgas@afcbrands.com

Re:   *Notice of Termination of Franchise Agreements (the "Termination Notice") for Applebee's Restaurants (collectively, the "Restaurants")*

Dear Mr. William J. Georgas:

This firm represents Applebee's Franchisor LLC ("Applebee's"), and we write in reference to those certain Franchise Agreements, as amended, identified on Exhibit A hereto (collectively, and together with all related and ancillary agreements, the "Agreements") by and between Applebee's on the one hand and Apple Central KC, LLC ("Franchisee") on the other hand.  American Franchise Capital III, LLC; AFC Apple Holdings, LLC; AFC Apple Parent Holdings, LLC; American Franchise MidCo, LLC; American Franchise Intermediate MidCo, LLC; American Franchise Holdings, LLC; QS AFC Holdings, LLC; QS AFC Parent, LLC;[1] Georgas Capital, LLC; William Georgas; WJG 2020 Revocable Trust; Sophia K. Georgas 2020 Irrevocable Trust; and John W. Georgas 2020 Irrevocable Trust (collectively, the "Guarantors," and together with the Franchisee, "you") guaranteed all of Franchisee's financial obligations under one or more of the Agreements.

Under the Agreements, Applebee's granted Franchisee the right, subject to the Agreements' provisions, to continually operate the Restaurants during the terms of the Agreements. Agreements, § 1.1. With exception of the Agreement for the restaurant located at 11000 Metcalf Avenue, Overland Park, KS (the "Metcalf Agreement"), the term of each Agreement commenced on July 23, 2015, and is scheduled to expire at midnight on July 23, 2035.   Agreements, § 1.2.  For the Metcalf Agreement, the term commenced on September 1, 2017, and expires at midnight on November 29, 2027.  Metcalf Agreement, § 1.2.

The Agreements expressly require Franchisee to keep the Restaurants open and operating for the duration of the applicable terms. As clearly stated in Section 1.5 of the Agreements, Franchisee "agrees to operate the Restaurant and perform as required hereunder for the full term of this Agreement."  The Agreements provide Applebee's with the right to terminate such Agreement immediately upon written notice

---

[1]   QS AFC Parent, LLC's status as a Guarantor is based on that certain Counterpart Joinder to Guaranty, dated October 29, 2024, provided to Applebee's pursuant to Section 11 of that certain Guaranty dated March 28, 2017, from QS PDI S.C.A. SICAR-Club Leaders.

**Puyat Jacinto & Santos ► Link Legal ► Zaanouni Law Firm & Associates ► LuatViet ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms**



October 30, 2024
Page 2

dentons.com

to Franchisee "if Franchisee ceases to operate the Restaurant without the prior written consent of Franchisor or loses its right to possession of the Restaurant premises." Agreements, § 19.1(c).

Despite the foregoing provisions, Franchisee has closed each of the Restaurants. Specifically, Franchisee closed the Restaurants on October 30, 2024, with no plans to reopen and without Applebee's express written consent. In doing so, Franchisee has materially breached the Agreements, including without limitation Section 1.5.

Based on Franchisee's closure of the Restaurants, and pursuant to Section 19.1(c) of the Agreements, Applebee's hereby terminates the Agreements effective as of the date of this Notice and provides written notice of such termination. Franchisee is expected to fully comply with any and all post-termination obligations under the Agreements, and Applebee's hereby demands the same.

\*   \*   \*

Nothing contained herein shall be construed to modify or limit any rights or remedies of Applebee's. Applebee's expressly reserves all of its rights with respect to any and all remedies at law or in equity, under the Agreements, any ancillary documents, any other contract, or any other source of right or remedy. Neither this correspondence nor any action taken or not taken by Applebee's, including, but not limited to, continuing to do business, accepting records, accepting money, or any other action or inaction, shall be deemed to be a waiver of Applebee's right to any remedies or a waiver of any other rights or actions Applebee's may have against you. Similarly, Applebee's does not waive any other default or breach or any other contracts that are not addressed in this correspondence. Nothing in this correspondence shall be construed to modify, extend, or limit the effect of any notice of default you may have received.

Very truly yours,

Joel D. Siegel

Attachment

cc:   Quilvest USA, Inc.
      527 Madison Avenue, 11th Floor
      New York, NY
      Attn: Lawrence Neubauer
      lneubauer@quilvestusa.com

      Dechert LLP
      1095 Avenue of the Americas
      New York, NY
      Attn: Mark E. Thierfelder and Christian Matarese
      mark.thierfelder@dechert.com
      Christian.matarese@dechert.com



October 30, 2024
Page 3

dentons.com

Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, Connecticut 06830
Attn: Steve B. Steinmetz
ssteinmetz@ibolaw.com

Apple Central KC, LLC
3390 Peachtree Road, Suite 360
Atlanta, GA
Attn: William Georgas
bgeorgas@afcbrands.com

Equity Bank
7701 E. Kellogg, Ste. 100
Wichita, KS 67202
Attn: Blake Yakel



October 30, 2024
Page 4

dentons.com

# EXHIBIT A

| Rest. # | Restaurant Location | Franchisee | Franchise Agreement Effective Date | Franchise Documents |
|---|---|---|---|---|
| 079000 | 9300 East 350 Highway, Raytown, MO | Apple Central KC, LLC | 7/23/2015 | Franchise Agreement by and between Applebee's Franchisor LLC and Franchisee and Apple Central KC, LLC as of July 23, 2015 |
| 079002 | 11000 Metcalf Avenue, Overland Park, KS | Apple Central KC, LLC | 9/1/2017 | Franchise Agreement by and between Applebee's Franchisor LLC and Franchisee and Apple Central KC, LLC as of September 1, 2017 |
| 079003 | 3404 Rainbow Boulevard, Kansas City, KS | Apple Central KC, LLC | 7/23/2015 | Franchise Agreement by and between Applebee's Franchisor LLC and Franchisee and Apple Central KC, LLC as of July 23, 2015 |
| 079006 | 2912 South Fourth Street, Leavenworth, KS | Apple Central KC, LLC | 7/23/2015 | Franchise Agreement by and between Applebee's Franchisor LLC and Franchisee and Apple Central KC, LLC as of July 23, 2015 |
| 079008 | 16110 West 135th Street, Olathe, KS | Apple Central KC, LLC | 7/23/2015 | Franchise Agreement by and between Applebee's Franchisor LLC and Franchisee and Apple Central KC, LLC as of July 23, 2015 |
| 079009 | 6800 Johnson Drive, Mission, KS | Apple Central KC, LLC | 7/23/2015 | Franchise Agreement by and between Applebee's Franchisor LLC and Franchisee and Apple Central KC, LLC as of July 23, 2015 |
| 079011 | 1700 Village West Parkway, Kansas City, KS | Apple Central KC, LLC | 7/23/2015 | Franchise Agreement by and between Applebee's Franchisor LLC and Franchisee and Apple Central KC, LLC as of July 23, 2015 |
| 079020 | 1501 Northeast Douglas Street, Lee's Summit, MO | Apple Central KC, LLC | 7/23/2015 | Franchise Agreement by and between Applebee's Franchisor LLC and Franchisee and Apple Central KC, LLC as of July 23, 2015 |

**Puyat Jacinto & Santos ► Link Legal ► Zaanouni Law Firm & Associates ► LuatViet ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms**

128224701\V-2